# ATTACHMENT 1

## COMPLAINT FORM
(for non-prisoner filers without lawyers)

DOC NO
REC'D/FILED
2021 SEP -2 AM 11: 24

PETER
CLERK US

IN THE UNITED STATES DISTRICT COURT
FOR THE __WESTERN__ DISTRICT OF __WISCONSIN__

(Full name of plaintiff(s))

Timothy Lee Stewart, Sr.
~~[redacted]~~. E. H.

vs

(Full name of defendant(s))

Chief Moore

Deputy Chief #1

Deputy Chief #2

Case Number:

21  CV  555  JDP

(to be supplied by clerk of court)

A.  PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)
   __621 West Court Street, Janesville, WI, 53548.__
   (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

4.) Sgt. Severson
5.) Unknown Officer #1.
6.) unknown " " #2.
7.) unknown " " #3.
8.) unknown " " #4.
9.) Unknown Officer #5.
10.) Lt #1 (            )
11.) Lt. #2 (            )
12.) Ofc. #1.)
13.) Ofc. #2.)
14.) Ofc. #3.)
15.) Ofc. #4.)
16.) 1st shift City Hall (older Male - Cacasjar)
17.) 2nd shift City Hall (Hispanic)
18.) City Hall Organization.
19.) Unknown Officer (A).
20.) Tami Staehler.
21.) Rick Fetting.
22.) Julie Hasenstab.
23.) Jessica Holmes.
24.) Attorney Ruth Westmont.
25.) Kristen Lynn Alderson.
26.) Judge, Jacob B. Frost.
27.) Judge,
28.) Jim Nietzel.
29.) Sarah
30.) Janesville Milton Ave Post Office.
31.) Division Of Hearing And Appeals Administrator.
32.) Janesville Bank Organization Owner / Employee - Milton Ave.
33.) United States Post Office Organization.
34.) Janesville Bank Company
                    (Attachment - 1 Front.)

2. Defendant __Chief Moore__
(Name)

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at __Unknown (Janesville Police Dept)__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Janesville Police Department.__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.) (See Attachment) (1 Continued)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Chief Moore - See Attached -

Deputy Chief - See Attached -

Deputy Chief - See Attached -

SEE ATTACHED CHRONOLOGICAL LIST VIA TABLE OF Events / Dates. This handwritten Pleading submitted to the Attorney General Provides detailed explanation(s) for each specified Const. violation Proffered via Petitioner.

Attachment One (Complaint) - 2

Comm. 181 Wis. 2d 527, 510 N.W. 2d 136 (Ct. App. 1993); State v. Lee, 122 Wis. 2d 266, 362 N.W. 2d 149 (1985); Ryan v. State, 79 Wis. 2d 83, 225 N.W. 2d 910; State v. Hyndman, 170 Wis. 2d 198, 488 N.W. 2d 111 (Ct. App. 1992); Cody v. Dane County, 2001 WI App. 60, 242 Wis. 2d 173, 625 N.W. 2d 630, -00-0549; Democratic Party of U.S. Wisconsin, 450 U.S. 107, 101 S. Ct. 1010, 67 L. Ed. 2d 82 (1981); Helling v. McKinney, 509 U.S. 25, 113 S. Ct. 2475, 125 L. Ed. 2d 22 (1993).

~~Thereby~~ Evently, the above lacks a stronghold via valid jurisdiction required to execute proper takedown modern law. Remember Common Law can create "Any Remedy" where none has been impregnated! Specifically, use Common Law to Update Modern Law! Set new precedent, where one is needed to correct a re-occuring question of law forseeable with eyes to see the future problimatic arreas. See

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Requested Relief - #1.) Injunctive Relief. Pursuant

#2.) Monetary Compensation of One Million Dollars for Each Constitutional Violation(s) Awarded to the Petitioner.

Specifically, in relation to the injunctive relief (#1), prohibit the Janesville Police Department from utilizing illegal Stalking Horse Tactics Coupled with the Janesville Police Department, to Stalk, Harrass, Intimidate, Frustrate, Deprieve, Petitioner of his life, liberty, and property. (#2) Petitioner request(s) Suspension of

Sgt. Severson, Chief Moore, Deputy Chief(s), Unknown Illegal Tow Officer(s), until an investigation is conducted by the Wisconsin Department of Justice. For, the Petitioner has suffered irreporable harm of death threats, Public Humiliations, Property loss, Intentional Infliction of Emotional Distress at the hands of all these Janesville Police Officer(s) who appear comfortable with an African American Citizen deprieved of the wonderful Experiences God is unfolding in his life. Including but not limited to Faith Based Ministry Opportunities (Church, Charter School). This petitioner has reason to believe he will receive retaliation for this filing. Thus, petitioner requests expedicious review/filing of this document to preserve his illegal towed property.

    #3.) Any other relief this honorable court deems appropriate given circumstances contained within this Lawsuit.

    In the event this court runs into a modern day hurdle in enforcement of requested relief, Petitioner Prays this honorable Court remain forever mindful," Common Law provides remedies to cure a petitioner, where no legal precedent exsist in a Modern Society. See State v. Robert T., 2008 WI App. 22, 307 Wis. 2d 488, 746 N.W. 2d 564, 06-22; State v. Perkins, 2001 WI 46, 243 Wis. 2d 141, 626 N.W. 2d 762, 99-1924; Otte v. DNR, 142 Wis. 2d 222, 418 N.W. 2d 16 (Ct. App. 1987); Busse v. Dane County Regional Planning

E.  JURY DEMAND

☐ Jury Demand – I want a jury to hear my case
    OR
☒ Court Trial – I want a judge to hear my case

Dated this __31__ day of __August__ 20__21__.

Respectfully Submitted,

*[signature]*

Signature of Plaintiff

__608-371-2969__
Plaintiff's Telephone Number

__StewartTimothy9380@yahoo.com__
Plaintiff's Email Address

__621 West Court Street__

__Janesville, WI 53548__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.