IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY LEE STEWART, SR.,

    Plaintiff,

v.

CHIEF MOORE, DEPUTY CHIEF SHERIDAN, DEPUTY CHIEF KLIESNER, DREW SEVERSON, LT. VAUGHN, LT. BLAZER, LT. NOREM, CITY HALL ORGANIZATION, TAML STAEHLER, RICK FETTING, JULIE HASENSTAB, JESSICA HOLMES, ATTORNEY RUTH WESTMONT, KRISTEN LYNN ALDERSON, JUDGE JACOB B. FROST, JUDGE, JIM NIETJEL, SARAH, JANESVILLE MILTON AVE POST OFFICE, DIVISION OF HEARING AND APPEALS ADMINISTRATOR, JANESVILLE BANK ORGANIZATION OWNER/EMPLOYER, UNITED STATES POST OFFICE ORGANIZATION, JANESVILLE BANK COMPANY, AISHA BRUNTON, MICHAEL PALMER, and JASON BIER,

    Defendants.

Case No.  21-cv-555-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants and against plaintiff dismissing this case.

| /s/ Deputy Clerk | March 1, 2024 |
|---|---|
| Joel Turner, Clerk of Court | Date |